UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 0:08-cv-61248-Ungaro/Simonton

David Alvarado,

    Plaintiff,

v.

I.C. System, Inc.,

    Defendant.

## NOTICE OF SETTLEMENT

Now comes Plaintiff, by and through counsel, and hereby gives notice that the Parties in the above-captioned matter have reached a settlement. The Parties anticipate filing a Stipulation of Dismissal with Prejudice in the near future.

    RESPECTFULLY SUBMITTED,

    Legal Helpers, P.C.

    By: */s/ Adela D. Estopinan*
    Adela D. Estopinan
    701 SW 27th Avenue
    Suite 1209
    Miami, FL 33135
    Tel:  866-339-1156
    Fax: 312-822-1064
    Email:  ade@legalhelpers.com
    *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on a copy of the foregoing Notice was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

                                               */s/ Adela D. Estopinan*