UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 0:08-cv-61248-Ungaro/Simonton

David Alvarado,

    Plaintiff,

v.

I.C. System, Inc.,

    Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Now comes the parties, by and through counsel, and hereby dismiss the present action pursuant to Fed. R. 41(a)1(ii), with prejudice.  Each party shall bear its own costs and attorney fees.

RESPECTFULLY SUBMITTED,

| | |
|---|---|
| Legal Helpers, P.C. | Golden & Scaz PLLC |
| By: */s/ Adela D. Estopinan* | By: */s/ Dale T. Golden* |
| Adela D. Estopinan | Dale T. Golden |
| 701 SW 27th Avenue, Ste 1209 | 2124 W. Kennedy Boulevard |
| Miami, FL 33135 | Suite A |
| Tel: 866-339-1156 | Tampa, FL 33606 |
| Fax: 312-822-1064 | Tel: 1.813.251.5500 |
| Email: ade@legalhelpers.com | Fax: 1.813.251.3675 |
| *Attorney for Plaintiff* | Email: dale.golden@goldenscaz.com |
| | *Attorney for Defendant* |

**CERTIFICATE OF SERVICE**

I hereby certify that, on December 8, 2008, a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

*/s/ Adela D. Estopinan*