UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-61248-CIV-UNGARO

DAVID ALVARADO,

    Plaintiff,

v.

I.C. SYSTEM, INC.,

    Defendant.
_____/

### ORDER OF DISMISSAL

THIS CAUSE is before the Court upon the Stipulation of Dismissal with Prejudice, filed on December 8, 2008. (D.E. 15.)

THE COURT has reviewed the Stipulation and the pertinent portions of the record and is otherwise fully advised in the premises. It is hereby

ORDERED AND ADJUDGED that this cause is DISMISSED WITH PREJUDICE pursuant to Fed. R. Civ. P. 41(a).

DONE AND ORDERED in Chambers at Miami, Florida, this 8th day of December, 2008.

                                          URSULA UNGARO
                                          UNITED STATES DISTRICT JUDGE

copies provided:
Counsel of Record
Magistrate Judge Simonton